Gustave E. Riedl, for appellants; William J. Tuohy, State's Attorney, for appellee; John F. Cashen, Jr., Special Attorney to Board of Election Com'rs, of counsel. Opinion by JUSTICE SCANLAN. Not to be published in full. Opinion filed October 25, 1949; rehearing denied November 17, 1949; released for publication November 18, 1949.

Frank L. Adkins, Appellee, v. C. G. Evans and Luda Evans, Appellants.

Gen. No. 9,641.

Pree & Pree and Douglass & Wilson, for appellants; Duane L. Traynor, for appellee. Opinion by JUSTICE O'CONNOR. Not to be published in full. Opinion filed October 31, 1949; released for publication November 28, 1949.

In re Estate of Sarah Dobbins, Deceased.
C. C. Carlen, Appellee, v. Jerry E. Hopkins, Administrator of Estate of Sarah Dobbins, Deceased, Appellant.

Gen. No. 9,661.

Henri I. Ripstra, for appellant; Theodore O. Cutright, for appellee. Opinion by JUSTICE DADY. Not to be published in full. Opinion filed October 31, 1949; released for publication November 28, 1949.

Thomas E. Connelly, Appellee, v. Stephen E. Hurley et al., Civil Service Commissioners of Chicago, Appellants.

Gen. No. 44,765.

Benjamin S. Adamowski, Corporation Counsel, for appellants; L. Louis Karton, Head of Appeals and Review Division, and Sydney R. Drebin, Assistant Corporation Counsel, of counsel; Clarence M. Dunagan and Emmet F. Byrne, for appellee. Opinion by PRESIDING JUSTICE FRIEND. Not to be published in full. Opinion filed November 8, 1949; released for publication November 23, 1949.

54